**STERNS & WEINROTH, P.C.**
50 West State Street, Suite 1400
Trenton, N.J. 08607-1298
Telephone: (609) 392-2100
Facsimile: (609) 392-7956
*Attorneys for Plaintiff Princeton Digital Image Compression, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PRINCETON DIGITAL IMAGE COMPRESSION LLC,<br><br>Plaintiff,<br><br>v.<br><br>FUJIFILM USA, INC. and FUJIFILM CORPORATION,<br><br>Defendants. | ) DOCUMENT FILED<br>) ELECTRONICALLY<br>)<br>) Civil Action No. 09-cv-5772<br>) (FLW)(TJB)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>) **NOTICE OF DISMISSAL WITHOUT**<br>) **PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Princeton Digital Image

Compression, LLC, by and through its attorneys, voluntarily dismisses this case without

prejudice, each party to bear its own fees and costs. The Clerk of Court is respectfully

requested to close this case.

**STERNS & WEINROTH**
A Professional Corporation
Attorneys for Plaintiff Princeton Digital Image
Compression, LLC

Dated:  January 22, 2010

By:  /s/ Karen A. Confoy
    Karen A. Confoy
    kconfoy@sternslaw.com